```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 02646
   JOHN G BURZAWA
   GINA J BURZAWA                                CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6916    SSN XXX-XX-5585


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/27/05 and confirmed on 03/31/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  19942.20 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG         .00            .00             .00
CITIMORTGAGE               MORTGAGE ARRE    11662.01            .00        11662.01
SELECT PORTFOLIO SERVICI   SECURED              .00            .00             .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE     4000.00            .00         4000.00
WELLS FARGO FINANCIAL IN   SECURED              .00            .00             .00
AT & T                     UNSECURED        NOT FILED           .00             .00
CAPITAL ONE FINANCIAL      FILED LATE           .00            .00             .00
CAPITAL ONE FINANCIAL      UNSECURED         797.35            .00          797.35
CENTRAL PROFESSIONAL GRO   UNSECURED        NOT FILED           .00             .00
ERNESTO T TAN MD           UNSECURED        NOT FILED           .00             .00
GRUNDY COUNTY PAIN         UNSECURED        NOT FILED           .00             .00
JD BROWN & COM             UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         418.98            .00          418.98
PROFESSIONAL HEALTH ASSO   UNSECURED        NOT FILED           .00             .00
LCA COLLECTIONS            UNSECURED        NOT FILED           .00             .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED           .00             .00
PARKVIEW ORTHOPAEDIC GRO   UNSECURED        NOT FILED           .00             .00
PRAIRIE EMERGENCY SERVIC   UNSECURED        NOT FILED           .00             .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED           .00             .00
SILVER CROSS HOSPITAL      UNSECURED        NOT FILED           .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
CREDITORS DISCOUNT & AUD   UNSECURED         106.19            .00          106.19
        Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   15662.01         .00      1322.52         .00        16984.53
PRINCIPAL PAID       15662.01         .00      1322.52         .00        16984.53
```

```
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                  15662.01          .00     1322.52          .00     16984.53
```

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   2700.00
and was paid $    506.00  direct and $   2194.00  through the plan.

The Trustee received $    763.67 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE